

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-16-00082-CV

**URMAN, INC.**,
Appellant

v.

**CENVEO CORPORATION,**
Appellee/Cross-Appellant

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVF001606D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The reporter's record was due on July 15, 2016. On July 25, 2016, Ms. Cynthia M. Perez Lenz, the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, filed a Notification of Late Reporter's Record stating the reporter's record is complete but has not been filed because the balance of payment due to her has not been paid by either party. After appellant's attorney, Mr. Michael Sydow, represented to this court that a full and final payment was made to the court reporter on August 5, 2016, Ms. Lenz filed volumes 1, 9-17, and 21-23. Presumably these are the volumes requested by Mr. Sydow. However, Ms. Lenz indicated that counsel for Cenveo Corporation, Mr. Jeffrey Wallace Hellberg, Jr., who also requested a record and paid a deposit, had not yet paid for the record in full.

It is therefore ORDERED that Mr. Hellberg provide written proof to this court **no later than August 18, 2016** that the reporter's fee has been paid in full. If Mr. Hellberg fails to provide such written proof within the time provided, the court will only consider those issues or points raised in Cenveo Corporation's brief that do not require that portion of the reporter's record requested by Mr. Hellberg for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk